IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NU-LOOK HOME DESIGN, INC.,    *

    **Plaintiff,**

      *

  **v.**       Case No. **1:21-cv-02925-RDB**

ADAM MULVANEY    *

    **Defendant.**    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Adam Mulvaney**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

11/19/2021

Date

/s/ Leslie Paul Machado

Signature

Leslie Paul Machado (Bar No. 14952)

Printed name and bar number

2560 Huntington Ave., Ste 204, Alex. VA 22303

Address

lmachado@ohaganmeyer.com

Email address

(703) 775-8607

Telephone number

(804) 403-7110

Fax number