# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Nu Look Home Design, Inc.                    *

**Plaintiff,**
                                             *

v.                                              Case No. 1:21-cv-02925-RDB

Adam Mulvaney                                *

**Defendant.**                               *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Nu Look Home Design, Inc.
                                                (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                  (name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

11/30/2021

Date

/s/ Brian D. Lyman

Signature

Brian D. Lyman (Bar #: 27360)

Printed name and bar number

221 Duke of Gloucester Street, Annapolis MD 21401

Address

bdl@hbdlaw.com

Email address

410-263-3131

Telephone number

410-267-7921

Fax number

2