IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NU-LOOK HOME DESIGN, INC.,<br><br>                              Plaintiff,<br><br>         - vs -<br><br>ADAM MULVANEY,<br><br>                              Defendant. | Civil Action No.:<br>1:21-cv-02925-RDB |

**Joint response to Scheduling Order**

Nu-Look Home Design, Inc. and Adam Mulvaney, by their respective counsel, submit this response to the Court's initial Scheduling Order (ECF No. 13), stating as follows:

**Modification of initial Scheduling Order:** The Parties respectfully request that the Court modify the initial Scheduling Order to stay all deadlines and refer the case to a Magistrate Judge for a settlement conference. The Parties propose that they submit a status report seven days after the conclusion of a settlement conference.

**Joint request for early settlement conference:** The Parties respectfully request that the Court refer the case to a Magistrate Judge for a settlement conference and that it stay all deadlines until the conclusion of the settlement conference.

**Deposition hours:** The Parties agree that each shall be allowed to take up to 24 hours of depositions.

**Proceeding before Magistrate Judge:** The Parties do not agree to proceed before a Magistrate Judge for all purposes, but request that the Court refer the case to a Magistrate Judge for a settlement conference.

APPROVED: 12/6/2021   <u>/s/ - Richard  D. Bennett</u>
                                               **U.S. District Judge**

**ESI:** The Parties do not anticipate any issues about disclosure, discovery or the preservation of electronically stored information. Documents shall be produced in .pdf form, unless there is a specific request by a party for the production of a document in its native format.

Dated: December 6, 2021                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Brian D. Lyman* | */s/ Leslie Paul Machado* |
| Brian D. Lyman (Bar No. 27360) | Leslie Paul Machado (Bar No. 14952) |
| Michael G. Von Sas (Bar No.22992) | O'Hagan Meyer PLLC |
| Hillman, Brown & Darrow, P.A. | 2560 Huntington Avenue, Suite 204 |
| 221 Duke of Gloucester St. | Alexandria, Virginia 22203 |
| Annapolis, Maryland 21401 | (703) 775-8607 (phone) |
| (410) 263-3131 (phone) | (804) 403-7110 (facsimile) |
| (410) 269-7912 (facsimile) | lmachado@ohaganmeyer.com |
| bdl@hbdlaw.com | |
| mgv@hbdlaw.com | |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |